UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TALIN LEE MORRIS,<br><br>　　　　　Defendant. | CASE NO. CR19-129RSM<br><br>**ORDER CONTINUING TRIAL DATE PURSUANT TO GENERAL ORDER 07-20** |

Pursuant to General Order 07-20 re Extension of Modified Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus, the trial date in this case is continued from June 22, 2020 to August 3, 2020.  Pretrial motions are due by July 2, 2020.

Given the findings of General Order 07-20, the period of delay from the date of this order to the new trial date is excludable time under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuance outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 16th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE