Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TALIN LEE MORRIS, <br><br> Defendant. | NO. CR19-0129 RSM <br><br> ORDER FOR COMMITMENT |

This Court, having held a video hearing via Webex to determine defendant Talin Lee Morris' competency to stand trial, having reviewed the evaluation prepared by forensic psychologist Cynthia A. Low, Ph.D., having heard from Dr. Low during the hearing regarding her evaluation of the Defendant, having heard the arguments of counsel for the parties, having questioned the Defendant, and having reviewed the records and files herein, finds by a preponderance of the evidence that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  Therefore,

IT IS HEREBY ORDERED:

(1)    that the Defendant is committed to the custody of the Attorney General to be hospitalized at a suitable facility for treatment, for a period not to exceed four (4) months, to restore his competency pursuant to Title 18, United States Code, Section 4241(d);

ORDER FOR COMMITMENT
CR19-0129 RSM /MORRIS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(2) that the Defendant, to the extent possible, be examined periodically, including at the end of the four month period, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward;

(3) that the Defendant shall cooperate with the psychiatrist during the examinations; and that no statement made by the Defendant in the course of psychiatric examination shall be admitted as evidence against himself except on an issue regarding his mental condition, if that issue is raised by him; and

(4) that a report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in Title 18, United States Code, Section 4247(c).

The Clerk of the Court is directed to provide copies of this Order to all counsel.

DATED this 7th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ J. Tate London*
J. TATE LONDON
Assistant United States Attorney

ORDER FOR COMMITMENT
CR19-0129 RSM /MORRIS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970