UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TALIN LEE MORRIS,<br><br>Defendant. | CASE NO. CR19-129RSM<br><br>**ORDER** |

On July 7, 2020, this Court ordered the Defendant committed to the custody of the Attorney General to be hospitalized at a suitable facility for treatment, for a period not to exceed four (4) months, to restore his competency pursuant to Title 18, United States Code, Section 4241(d); (Dkt #42).  The August 3, 2020 trial date is ordered STRICKEN.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(A), that the time required to perform the ordered treatment of defendant and prepare the required report be excluded in computing the time within which trial in this case must commence.

///

///

1    DATED this 9th day of July, 2020.

              RICARDO S. MARTINEZ
              CHIEF UNITED STATES DISTRICT JUDGE