Chief Judge Ricardo S. Martinez

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TALIN LEE MORRIS,<br><br>    Defendant. | NO. CR19-0129 RSM<br><br>ORDER ADJUDGING DEFENDANT COMPETENT AND SETTING TRIAL DATE |

  This matter having come before this Court, pursuant to 18 U.S.C. § 4241, to determine whether defendant Talin Lee Morris is competent to stand trial, the Court having conducted the hearing on April 15, 2021 via a Zoom videoconference in light of the COVID-19 pandemic and the General Orders of the Court, the defendant having waived his right to appear in person, the Court having reviewed its prior order of commitment dated July 21, 2020, having reviewed the Forensic Evaluation dated February 25, 2021, issued by mental health professionals at Federal Medical Center Butner who treated the defendant and evaluated whether his competency had been restored, the Certificate of Restoration of Competency to Stand Trial dated March 2, 2021 and signed by the warden at FMC Butner, having heard from counsel for the parties, who stipulated to the defendant's competency, and having reviewed the records and files herein,

  THE COURT HEREBY FINDS, by a preponderance of the evidence, that defendant Talin Lee Morris's competency has been restored, that is, he has recovered to

COMPETENCY AND TRIAL SETTING ORDER
CR19-0129 RSM /MORRIS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

Therefore,

IT IS HEREBY ORDERED:

1. That defendant Talin Lee Morris, who has physically returned to FDC SeaTac, is fully discharged from FMC Butner;
2. All pretrial motions shall be filed by May 27, 2021; and
3. Trial is scheduled for June 21, 2021.

DATED this 19th day of April 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

COMPETENCY AND TRIAL SETTING ORDER
CR19-0129 RSM /MORRIS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970