CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-129-RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO SEAL SENTENCING MEMORANDUM |
| TALIN LEE MORRIS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion to seal Defendant's Sentencing Memorandum and Exhibits. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Sentencing Memorandum and Exhibits be filed under seal.

DONE this 26th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Talin Morris

ORDER TO SEAL SENTENCING
MEMORANDUM - 1
(*Talin Morris*, CR19-129-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100