THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-129-RSM |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| TALIN LEE MORRIS, | ) ) | |
| Defendant. | ) ) ) | |

The Court hereby ORDERS:

(1) The parties' motion, Dkt. 91, is GRANTED, and the pending violation of supervised release, as set forth in the Petition submitted on August 2, 2021, by the United States Probation Officer for this matter, Dkt. 81, is DISMISSED without prejudice;

(2) The evidentiary hearing on revocation of supervised release set for January 24, 2025, is STRICKEN;

(3) The oral ruling issued on November 5, 2024, ordering that defendant be detained and remanded to custody, *see* Minutes (Dkt. 86), is VACATED;

(4) All other conditions of supervision remain in effect; and

(5) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

ORDER FOR COMMITMENT - 1
(*United States v. Morris*, CR19-129-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The Clerk of the Court is directed to provide copies of this Order to all counsel.

DONE this 3rd day of January, 2025.

                                        RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Talin Morris

ORDER FOR COMMITMENT - 2
(*United States v. Morris*, CR19-129-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**