THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-129-RSM |
| Plaintiff, | |
| vs. | ORDER TO STAY RELEASE |
| TALIN LEE MORRIS, | |
| Defendant. | |

The Court hereby ORDERS:

The Court's order at Dkt 92 is stayed for two weeks while the parties establish a release plan for Mr. Morris. The parties and Probation Department are instructed to notify the Court when the stay should be lifted.

IT IS SO ORDERED.

DONE this 3rd day of January 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Talin Morris

ORDER FOR COMMITMENT - 1
(*United States v. Morris*, CR19-129-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**